# IN THE SUPREME COURT OF THE STATE OF NEVADA

QBE INSURANCE CORPORATION,
     Appellant,
    vs.
ROGER PAMPERIN, AN INDIVIDUAL;
KRISTINA PAMPERIN, AN
INDIVIDUAL; AND JACE MUN,
     Respondents.

No. 82013

**FILED**

JAN 1 9 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Rob Bare, District Judge
  Salvatore C. Gugino, Settlement Judge
  Tyson & Mendes LLP
  Needham Law Firm
  Black & Wadhams
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-01914